UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ORLANDO XOCUA DE LA CRUZ et al.,

                              Plaintiffs,

    -against-

1560 CHIRP CORP. et al.,

                            Defendants.
------------------------------------- x

ORDER

18 Civ. 5877 (GBD)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       July 8, 2019

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge