UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ORLANDO XOCUA DE LA CRUZ et al.,

                        Plaintiffs,

-against-

1560 CHIRP CORP. et al.,

                        Defendants.

------------------------------------- x

ORDER APPROVING FLSA SETTLEMENT

18 Civ. 5877 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 49.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $55,383 is approved; and
2. The payment of attorneys' fees and expenses to Plaintiffs' attorneys in the amount of $28,617 is approved.
3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
       November 13, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge